**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOPHIE UY, | Case No. 2:19-cv-00114-AFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| MOLLY HILL, Warden, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action dismissed with prejudice.

DATED: 10/23/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE